
**FILED**
JAN 9 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

CLINTON LYNN PRIMEAUX, )
)
Plaintiff, )
)
vs. ) No. CIV-14-46-W
)
CAROLYN COLVIN, Acting )
Commissioner of Social Security, )
)
Defendant. )

## ORDER

On December 19, 2014, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this matter and recommended that the decision of the defendant, Carolyn Colvin, Acting Commissioner of Social Security ("Commissioner"), denying the Application for Disability Insurance Benefits filed by plaintiff Clinton Lynn Primeaux be affirmed. Primeaux was advised of his right to file written objections to the Report and Recommendation, but no objections have been filed within the allotted time.

Upon review of the record, the Court finds no error has occurred at step five of the five-step sequential evaluation process that warrants the requested reversal and remand, and thus, the Court concurs with Magistrate Judge Mitchell's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 22] issued on December 19, 2014;

(2) AFFIRMS the Commissioner's decision to deny Primeaux's Application for Disability Insurance Benefits; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 7th day of January, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE